Faustino Pérez, peticionario, *v.* Corte de Distrito de Ponce, Hon. Angel Acosta Quintero, Juez, demandado.

No. 501.—*Visto:* Noviembre 30, 1925. *Resuelto:* Enero 18, 1926.

Derecho Penal—Apelación y Error, y *Certiorari*—Récord y Procedimientos que no Están en Récord—Exposición del Caso—Aprobación—Juez que no Intervino en la Celebración del Juicio.—Un juez que no intervino en la celebración del juicio carece de autoridad para aprobar la exposición del caso con motivo de una apelación entablada.

Certiorari para revisar resolución de *Angel Acosta Quintero, J.* (Ponce), aprobando exposición del caso. *Anulada la orden aprobatoria.*

*Felipe Colón Díaz y Leopoldo Tormes,* abogados del peticionario; *José E. Figueras,* abogado del demandado.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

Faustino Pérez presentó una solicitud de *certiorari* alegando que no obstante haber sido impugnada la capacidad del Juez Acosta Quintero para aprobar la exposición del caso con motivo de la apelación establecida por el peticionario en una causa criminal en la que no había intervenido, el Juez Acosta la había aprobado. El peticionario citó en apoyo de su contención las decisiones de esta Corte Suprema en los casos de *El Pueblo v. Collado,* 33 D.P.R. 118, y *El Pueblo v. Coll,* 18 D.P.R. 361.

El auto fué expedido. Nada alegó por escrito el demandado. Un examen de la causa original remitida comprueba la certeza de lo alegado por el peticionario en cuanto a la no intervención en el juicio del juez que aprobó la exposición.

En la decisión del caso de *Collado, supra,* se reafirmó la del caso de *Coll, supra,* y se hizo un estudio más amplio sobre la materia, quedando claramente establecido que un juez que no interviene en la celebración del juicio carece de autoridad para aprobar la exposición.

Siendo ello así, *debe anularse la orden aprobatoria,* devolviéndose los autos a la corte de su origen para ulteriores procedimientos no inconsistentes con esta opinión.